BARON & BUDD, P.C.
Roland Tellis (State Bar No. 186269)
*rtellis@baronbudd.com*
Mark Pifko (State Bar No. 228412)
*mpifko@baronbudd.com*
Natasha Mehta (State Bar No. 272241)
*nmehta@baronbudd.com*
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

*Attorneys for Aida Absi*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

------------------------------------------------------------ x

| | |
|---|---|
| **AIDA ABSI,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 2:12-cv-09867-R-MRW |
| **L'ORÉAL USA, INC. and LANCÔME LUXURY PRODUCTS, LLC,** | : STIPULATION STAYING PROCEEDINGS PENDING RULING BY MDL PANEL |
| **Defendants.** | : |
| | : |
| | : |

------------------------------------------------------------ x

Plaintiff Aida Absi and Defendants L'Oréal USA, Inc. and Lancôme Luxury Products, LLC, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS several cases, including the above-captioned action, are pending in six different United States District Courts against L'Oréal USA, Inc. and other defendants asserting closely related claims; and

WHEREAS the plaintiffs in the first-filed action have asked the Judicial Panel on

23786055v1

1 Multidistrict Litigation (the "MDL Panel") to centralize these related cases — including the
2 above-captioned action — in a single forum for consolidated or coordinated pretrial proceedings
3 under 28 U.S.C. § 1407; and

4 WHEREAS the parties in the above-captioned action stipulate that this case should be
5 stayed until the MDL Panel decides whether it should be part of any centralized pretrial
6 proceedings; and

7 WHEREAS the Court should find that an interim stay of proceedings would further the
8 purposes of MDL consolidation or coordination by conserving judicial resources, preventing
9 inconsistent pretrial rulings, and promoting the interests of justice; and

10 WHEREAS the Court should also find that a temporary stay would not unduly prejudice
11 any party;

12 NOW, THEREFORE, IT IS HEREBY STIPULATED that all proceedings in the above-
13 captioned action (including defendants' obligation to respond to the Complaint and plaintiffs'
14 obligation to file a motion for class certification within 90 days after service of a pleading,
15 pursuant to Local Rule 23-3) shall be and hereby are stayed until 60 days after the MDL Panel
16 decides whether to include this case in any centralized proceedings under 28 U.S.C. § 1407.

Dated:  December 3, 2012                         BARON & BUDD, P.C.


By:  /s/ Roland Tellis_____
     Roland Tellis
     Attorneys for Plaintiffs

Roland Tellis (State Bar No. 186269)
   rtellis@baronbudd.com
Mark Pifko (State Bar No. 228412)
   mpifko@baronbudd.com
Natasha Mehta (State Bar No. 272241)
   nmehta@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

| | | |
|---|---|---|
| 1 | Dated: November 21, 2012 | DEBEVOISE & PLIMPTON LLP |
| 2 | | By: <u>/s/ Jeffrey S. Jacobson</u> |
| 3 | |     Jeffrey S. Jacobson |
| | |     Attorneys for Defendants |
| 4 | | |
| 5 | | Jeffrey S. Jacobson |
| | |    *jsjacobson@debevoise.com* |
| 6 | | Jeremy Feigelson |
| | |    *jfeigelson@debevoise.com* |
| 7 | | 919 Third Avenue |
| 8 | | New York, New York 10022 |
| | | Tel: (212) 909-6000 |
| 9 | | Fax: (212) 571-7479 |

23786055v1