UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

-------------------------------------------------- x

AIDA ABSI,

          Plaintiff,

v.

L'ORÉAL USA, INC. and LANCÔME LUXURY PRODUCTS, LLC,

          Defendants.

-------------------------------------------------- x

Case No. 2:12-cv-09867-R-MRW

ORDER ON STIPULATION STAYING PROCEEDINGS PENDING RULING BY MDL PANEL

[Handwritten: Denied - no good cause shown. This is an easy fix. Open. /s/ 12.4.12]

[Stamped: DENIED]

    THIS CAUSE having come before this Court on the parties' Joint Motion for Stay of Deadlines pending determination by the Judicial Panel on Multidistrict Litigation (the "MDL Panel") of whether this matter should be consolidated with other related matters, and potentially transferred to another United States District Court, it is hereby ORDERED AND ADJUDGED as follows:

    1.    All scheduling orders, deadlines (including defendants' obligation to respond to the Complaint and plaintiffs' obligation to file a motion for class certification within 90 days after service of a pleading, pursuant to Local Rule 23-3) are hereby stayed until 60 days after the MDL Panel decides whether to include this case in any centralized proceedings under 28 U.S.C. § 1407.

    IT IS SO ORDERED.

Dated: _____    _____
                                                            United States District Judge

23786056v1